No. 455. GARDINER INVESTMENT COMPANY ET AL., APPELLANTS, *v.* THE JACKSON COMPANY ET AL. Appeal from the United States Circuit Court of Appeals for the First Circuit. Argued October 22 and 25, 1915. Decided November 1, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Bagley* v. *General Fire Extinguisher Co.*, 212 U. S. 477; *Weir* v. *Rountree*, 216 U. S. 607; *Shulthis* v. *McDougal*, 225 U. S. 561; *St. Anthony Church* v. *Pennsylvania R. R.*, 237 U. S. 575. *Mr. Burton E. Eames* for the appellants. *Mr. Frank S. Streeter* and *Mr. Edmund K. Arnold* for the appellees.

---

No. 354. M. J. BRAY, TRUSTEE, ETC., ET AL., APPELLANTS, *v.* THE UNITED STATES FIDELITY & GUARANTY COMPANY. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss or affirm submitted October 25, 1915. Decided November 8, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Chapman* v. *Bowen*, 207 U. S. 89, 91; *J. W. Calnan Co.* v. *Doherty*, 224 U. S. 145; *Synnott* v. *Tombstone Consol. Mines Co.*, 234 U. S. 749. See *U. S. Fidelity Co.* v. *Bray*, 225 U. S. 205. *Mr. Philip W. Frey* for the appellants. *Mr. B. M. Ambler* for the appellee.